UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**NEW GREEN SAFETY SUPPORT**              Case No. 1:13-cv-683
**AND SUPPLY, INC.,** *et al.,*

    Plaintiffs,                                    **Judge Timothy S. Black**

**-vs-**

**FLUOR-B&W PORTSMOUTH, LLC,**

    Defendant.

---

**JUDGMENT IN A CIVIL CASE**

---

[ ]  **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]  **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Defendants' Motion to Dismiss (Doc. 12) is **GRANTED**; and the case is **CLOSED** on the Court's docket.

Date: November 12, 2013                         **JOHN P. HEHMAN, CLERK**

                                                       By: *s/ M. Rogers*
                                                       Deputy Clerk